Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EON Corp. IP Holdings LLC    v.   FLO TV Incorporated

No. 14-1393

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    EON Corp. IP Holdings LLC
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant   [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | John Hendricks |
| Law firm: | Reed & Scardino, LLP |
| Address: | 301 Congress Ave., Ste. 1250 |
| City, State and ZIP: | Austin, Texas 78701 |
| Telephone: | 512-474-2449 |
| Fax #: | 512-474-2622 |
| E-mail address: | jhendricks@reedscardino.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 5/29/97

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

4/9/14
Date

Signature of pro se or counsel

cc: _____

# CERTIFICATE OF SERVICE

      I certify that on April 4, 2014, I caused a true and correct copy of the foregoing Entry of Appearance to be served on the following counsel of record in the proceeding below, *EON Corp. IP Holdings, LLC v. FLO TV Incorporated, et. al.*, No. 1:10-cv-00812-RGA (D. Del.), by electronic means (CM/ECF or electronic mail) and U.S. First Class Mail.

Dated: April 4, 2014　　　　　　　　　　　　　　　　/s/ John Hendricks
　　　　　　　　　　　　　　　　　　　　　　　　　　John Hendricks

| | |
|---|---|
| David Ellis Moore<br>Email: dmoore@potteranderson.com<br>Richard L. Horwitz<br>Email: rhorwitz@potteranderson.com | POTTER ANDERSON & CORROON, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Flr.<br>Wilmington, DE 19899-0951 |
| Henry B. Gutman<br>Email: hgutman@stblaw.com<br>Victor Cole<br>Email: vcole@stblaw.com<br>Daniel L. Kaplan<br>Email: dkaplan@stblaw.com | SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Harrison J. Frahn<br>Email: hfrahn@stblaw.com<br>Jeffrey E. Ostrow<br>Email: jostrow@stblaw.com<br>Jeffrey E. Danley<br>Email: jdanley@stblaw.com<br>Michael A. Quick<br>Email: mquick@stblaw.com | SIMPSON THACHER & BARTLETT LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304 |
| Brian E. Farnan<br>Email: bfarnan@farnanlaw.com | FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801 |
| Daralyn J. Durie<br>Email: ddurie@durietangri.com<br>Laura E. Miller<br>Email: lmiller@durietangri.com | DURIE TANGRI<br>217 Leidesdorff Street<br>San Francisco, CA 94111 |
| Steven J. Fineman<br>Email: fineman@rlf.com<br>Katharine C. Lester<br>Email: lester@rlf.com | RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE 19801 |

| | |
|---|---|
| Richard J. O'Brien<br>Email: robrien@sidley.com<br>Robert Leighton<br>Email: rleighton@sidley.com | SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603 |
| Thomas Lee Halkowski<br>Email: halkowski@fr.com<br>Richard A. Sterba<br>Email: sterba@fr.com<br>Andy Thomson<br>Email: andy.thomson@fr.com | FISH & RICHARDSON, P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899-1114 |
| Jack B. Blumenfeld<br>Email: jblumenfeld@mnat.com<br>Karen Jacobs Louden<br>Email: kjlefiling@mnat.com<br>Jennifer Ying<br>Email: jying@mnat.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19899 |
| William H. Boice<br>Email: bboice@kilpatricktownsend.com | KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree St., NE, Ste. 2800<br>Atlanta, GA 30309 |
| Steven D. Moore<br>Email: stmoore@kilpatricktownsend.com<br>Carl Sanders<br>Email: csanders@kilpatricktownsend.com<br>James L. Howard<br>Email: jihoward@kilpatricktownsend.com<br>Caroline K.Wray<br>Email: cwray@kilpatricktownsend.com<br>AndrewW. Rinehart<br>Email: arinehart@kilpatricktownsend.com | KILPATRICK TOWNSEND & STOCKTON LLP<br>100 1 West Fourth Street<br>Winston-Salem, NC 27101 |
| Frederick L.Whitmer<br>Email: fwhitmer@kilpatricktownsend.com | KILPATRICK TOWNSEND & STOCKTON LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY, 10036-7703 |
| Christopher Schenck<br>Email: cschenck@kilpatricktownsend.com | KILPATRICK TOWNSEND & STOCKTON LLP<br>1420 Fifth Avenue, Suite 4400<br>Seattle, Washington 98101 |
| Heidi L. Keefe<br>Email: hkeefe@cooley.com<br>Kyle D. Chen | COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94306 |

Email: kyle.chen@cooley.com
Mark R. Weinstein
Email: mweinstein@cooley.com
Lam K. Nguyen
Email: lnguyen@cooley.com
Email: HTC-EON@cooley.com

Jaideep Venkatesan
Email: jvenkatesan@be-law.com
Daniel J. Bergeson
Email: dbergeson@be-law.com

BERGESON, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712

Lauren E. Maguire
Email: lmaguire@ashby-geddes.com
Steven J. Balick
Email: sbalick@ashby-geddes.com
Andrew Colin Mayo
Email: amayo@ashby-geddes.com

ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Edmond D. Johnson
Email: johnsone@pepperlaw.com
James G. McMillan, III
Email: mcmillaj@pepperlaw.com

PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
Wilmington, DE 19899-1709

Maura L. Rees
Email: mrees@wsgr.com
Dylan J. Liddiard
Email: dliddiard@wsgr.com
Anthony J Weibell
Email: aweibell@wsgr.com

WILSON SONSINI GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, CA 94304