# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

———————————————

**EON CORP. IP HOLDINGS LLC,**

*Plaintiff-Appellant,*

v.

**AT&T MOBILITY LLC,**

*Defendant-Appellee.*

———————————

2014-1392

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00910-RGA, Judge Richard G. Andrews.

-------------------------------------------------------------------

**EON CORP. IP HOLDINGS LLC,**

*Plaintiff-Appellant,*

v.

**FLO TV INCORPORATED,**

*Defendant-Appellee,*

AND

**MOBITV INC.,**

*Defendant/Third Party Plaintiff/Counterclaimant-Appellee*

AND

**U.S. CELLULAR CORPORATION,**

*Defendant-Appellee,*

**AND**

**LG ELECTRONICS MOBILECOMM U.S.A., INC.,**
*Defendant/Third Party Plaintiff/Counterclaimant-Appellee,*

**AND**

**SPRINT NEXTEL CORPORATION,
HTC AMERICA INC, QUALCOMM, INC.,
SIMPLEXITY, LLC D/B/A WIREFLY, AND
MOTOROLA MOBILITY LLC,**
*Defendants-Appellees.*

_____

2014-1393

_____

Appeal from the United States District Court for the District of Delaware in No. 1:10-cv-00812-RGA, Judge Richard G. Andrews.

# APPELLEES' JOINT UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING THEIR OPENING BRIEFS

_____

On May 5, 2014, Appellant filed an unopposed motion to extend the deadline for its opening brief from June 2, 2014 to July 2, 2014 (D.I. 58 in Appeal No. 14-1393). As explained in the Declaration of John Hendricks in support of that motion, Appellees consented to that motion in a reciprocal agreement. The Court granted Appellant's motion for an extension by order dated May 13, 2014 (D.I. 59 in Appeal No. 14-1393).

Pursuant to Fed. R. App. P. 26(b) and Federal Circuit Rule 26(b), Appellees move to extend the deadline for filing their opening briefs by thirty (30) days to September 15, 2014. This request for an extension is made necessary by conflicting deadlines in other ongoing litigation matters by counsel for Defendant-Appellees FLO TV Incorporated and Qualcomm Incorporated as well as the extensive record on appeal in this case.

In accordance with Federal Circuit Rule 27(a)(5), counsel for Appellees and Appellant have conferred and Appellant consents to this thirty-day extension. Appellees respectfully request that this motion to extend the deadline to September 15, 2014, for filing their opening briefs be granted.

Respectfully submitted,

/s/ Harrison J. Frahn IV

Harrison J. Frahn IV
Jeffrey E. Ostrow

3

        Patrick E. King
        Jeffrey E. Danley
        SIMPSON THACHER & BARTLETT LLP
        2475 Hanover Street
        Palo Alto, California 94304
        Tel: (650) 251-5000

        Victor Cole
        SIMPSON THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, New York 10017
        Tel: (212) 455-2000

        *Counsel for Defendants-Appellees FLO TV*
        *Incorporated and Qualcomm Incorporated*

Dated: July 3, 2014

# **CERTIFICATE OF INTEREST**

Pursuant to Federal Circuit Rules 27(a)(7) and 47.4(a), counsel for Appellees FLO TV Incorporated and Qualcomm Incorporated certify the following:

1. The full name of every party or amicus represented by us is:

   FLO TV Incorporated; Qualcomm Incorporated

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

   FLO TV Incorporated; Qualcomm Incorporated

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of any party represented by us are:

   Qualcomm Incorporated

4. The names of all law firms and the partners and associates that appeared for the parties now represented by us in trial court or are expected to appear in this Court are:

   Jeffrey E. Ostrow, Henry Gutman, Harrison J. Frahn IV, Patrick E. King, Victor Cole, Jeffrey E. Danley, Daniel Kaplan, Michael A. Quick,
   Counsel no longer at firm:  Katherine Q. Dominguez, Gautam V. Kene, Christopher J. Judge, Courtney A. Welshimer, Natasa Pajic, and Sara G. Wilcox
   **SIMPSON THACHER & BARTLETT LLP**

   Richard L. Horwitz, David E. Moore, Bindu A. Palapura
   **POTTER ANDERSON & CORROON LLP**

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  July 3, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Harrison J. Frahn IV | /s/ Harrison J. Frahn IV |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Simpson Thacher & Bartlett LLP

Address: 2475 Hanover Street

City, State, ZIP: Palo Alto, CA 94304

Telephone Number: 650-251-5000

FAX Number: 650-251-5002

E-mail Address: hfrahn@stblaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.