NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EON CORP. IP HOLDINGS LLC,**
*Plaintiff-Appellant,*

v.

**AT&T MOBILITY LLC,**
*Defendant-Appellee.*

---

2014-1392

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00910-RGA, Judge Richard G. Andrews.

--------------------------------------------------------------------

**EON CORP. IP HOLDINGS LLC,**
*Plaintiff-Appellant,*

v.

**FLO TV INCORPORATED,**
*Defendant-Appellee,*

AND

**MOBITV INC.,**
*Defendant/Third Party Plaintiff/Counterclaimant-*

*Appellee,*

AND

**U.S. CELLULAR CORPORATION,**
*Defendant-Appellee,*

AND

**LG ELECTRONICS MOBILECOMM U.S.A., INC.,**
*Defendant/Third Party Plaintiff/Counterclaimant-Appellee,*

AND

**SPRINT NEXTEL CORPORATION, HTC AMERICA INC, QUALCOMM, INC., SIMPLEXITY, LLC D/B/A WIREFLY,** AND **MOTOROLA MOBILITY LLC,**
*Defendants-Appellees,*

AND

**LETSTALK.COM INC.,**
*Defendant.*

———————————

2014-1393

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:10-cv-00812-RGA, Judge Richard G. Andrews.

———————————

**ON MOTION**

———————————

## O R D E R

Appellees in Appeal No. 2014-1393 move without opposition for a 30-day extension of time, until September 15, 2014, to file their opening briefs. It is unclear whether appellee in Appeal No. 2014-1392 also moves for an extension of time, and the motion was not filed in Appeal No. 2014-1392.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that appellees' opening briefs in Appeal No. 2014-1393 are due by September 15, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25