**14-1393**

# United States Court of Appeals
# for the Federal Circuit

EON CORP. IP HOLDINGS LLC

*Plaintiff-Appellant*,

v.

FLO TV INCORPORATED,

*Defendant-Appellee*,

MOBITV INC.,

*Defendant/Third Party Plaintiff/Counterclaimant-Appellee*,

U.S. CELLULAR CORPORATION, Telephone & Data Systems, Inc.,

*Defendant-Appellee*,

LG ELECTRONICS MOBILECOMM U.S.A., INC.,

*Defendant/Third Party Plaintiff/Counterclaimant-Appellee*,

SPRINT NEXTEL CORPORATION, HTC AMERICA INC., LETSTALK.COM INC., QUALCOMM, INC., SIMPLEXITY, LLC D/B/A WIREFLY, MOTOROLA MOBILITY LLC, GOOGLE INC.,

*Defendants-Appellees*,

_____

*Appeal from the United States District Court for the District of Delaware in Case No. 10-cv-00812, Judge Richard G. Andrews*

**DEFENDANT/THIRD-PARTY PLAINTIFF/COUNTERCLAIMANT-APPELEE MOBITV, INC. JOINDER**

DURIE TANGRI LLP
DARALYN J. DURIE (CA SBN 169825)
ddurie@durietangri.com
LAURA E. MILLER (CA SBN 271713)
lmiller@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

September 15, 2014 *Attorneys for Defendant/Third Party*
*Plaintiff/Counterclaimant-Appellee MobiTV, Inc.*

## CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4(a)(1) and Federal Rule of Appellate

Procedure 26.1, counsel for Defendant/Third Party Plaintiff/Counterclaimant-

Appellee MobiTV, Inc. certifies the following:

1.     The full name of every party represented by us is:

       MobiTV, Inc.

2.     The name of the real party in interest (if the party named in the caption is not
       the real party in interest) represented by us is:

       MobiTV, Inc.

3.     All parent corporations and any publicly held companies that own 10 percent
       or more of the stock of the party represented by us are:

       MobiTV, Inc. has no parent corporation and no publicly held corporation
       owns 10% or more of MobiTV Inc.'s stock.

4.     The names of all law firms and the partners or associates that appeared for
       the party now represented by me in the trial court or agency or are expected
       to appear in this court are:

       Farnan LLP:  Brian E. Farnan, Michael J. Farnan

       Durie Tangri LLP: Daralyn J. Durie, Laura E. Miller

       Latham & Watkins LLP:  Bob Steinberg

       Liner LLP:  Ryan E. Hatch

DATED:  September 15, 2014                DURIE TANGRI LLP


                           By  _____/s/ Laura E. Miller_____

Laura E. Miller

*Attorneys for Defendant/Third Party
Plaintiff/Counterclaimant-Appellee
MobiTV, Inc.*

Defendant/Third-Party   Plaintiff/Counterclaimant-Appelee   Mobitv,   Inc.
hereby joins in Defendants-Appellees Qualcomm Inc. and FLO TV Incorporated's
September 15, 2014 Initial Brief.  For all of the reasons stated therein, the district
court's judgment should be affirmed.

Dated:  September 15, 2014                    Respectfully submitted,

                                              DURIE TANGRI LLP


                          By:  _____ */s/ Laura E. Miller* _____
                                              Laura E. Miller

                               *Attorneys for Defendant/Third Party*
                               *Plaintiff/Counterclaimant-Appellee*
                               *MobiTV, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served, via email, a true and correct copy of the same to the following:

*/s/ Laura E. Miller*
Laura E. Miller